1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

10
11
12
13
14
15
16
17

| | |
|---|---|
| CAROL A. STEINBACHER,<br><br>     Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>     Defendant. | Case No. CV 07-7060-JWJ<br><br>JUDGMENT |

18
19
20
21
22

  **IT IS ADJUDGED** that Judgment be entered **REMANDING** this case to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with this Court's Order, which was filed concurrently in this case.

23
24

DATED:  March 31, 2009

25
26
27

            /s/
          JEFFREY W. JOHNSON
         United States Magistrate Judge

28